AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

                                **JUDGMENT IN A CIVIL CASE**

**REBECCA A. BRANDT,**           CASE NO.  2:12-cv-1132
                                     JUDGE EDMUND A. SARGUS, JR.
                                     MAGISTRATE JUDGE TERENCE P. KEMP

       Defendant.

_____ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

       **Pursuant to the Opinion and Order filed March 26, 2014, JUDGMENT is hereby entered for Plaintiff.  Plaintiff is entitled to recover $116,083.66 for Ms. Brant's 2001 tax liability and $235,332.39 for her 2002 liability, plus statutory accruals for each amount after August 1, 2013.  This case is DISMISSED.**

Date: March 26, 2014                                   JOHN P. HEHMAN, CLERK

                                                        _/S/ Andy F. Quisumbing_
                                                       (By) Andy F. Quisumbing
                                                       Courtroom Deputy Clerk